L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
(702) 362-6666 - Telephone
(702) 362-2203 - Facsimile
rgreen@sjwlawfirm.com
*Attorneys for Defendant*
*Loya Insurance Company*.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID GARCIA, an individual, as assignee of Raul Bernal Mayorga,

Plaintiff,

v.

LOYA INSURANCE COMPANY, Does 1 through 10, inclusive; and Roe Corporations 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-02015-GMN-BNW

**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY**

COME NOW, Plaintiff DAVID GARCIA, as assignee of Raul Bernal Mayorga, by and through his counsel of record, Marjorie L. Hauf, Esq. and Cara Xidis, Esq., of H&P LAW, and Defendant LOYA INSURANCE COMPANY, by and through its counsel of record, L. Renee Green, Esq., of SCHNITZER JOHNSON & WATSON, CHTD., and hereby stipulate and agree to stay discovery pending the decision of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 8).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666

The parties further stipulate and agree that Rule 26 disclosures and an Amended Discovery Plan and Scheduling Order shall be due fourteen (14) days after the entry of the Order on Defendant's Motion to Dismiss.

IT IS HEREBY STIPULATED.

DATED this 24th day of September, 2026.

SCHNITZER JOHNSON & WATSON, CHTD.

*/s/ L. Renee Green, Esq.*
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
8985 So. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Defendant*
*Loya Insurance Company*

DATED this 24th day of September, 2026.

H&P LAW

*/s/ Cara Xidis, Esq.*
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Cara Xidis, Esq.
Nevada Bar No.: 11743
710 S. 9th Street
Las Vegas, Nevada 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: October 5, 2026

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666